IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

GERALD HINSHAW, as Administrator
of Estate of Brian Keith Hinshaw, Deceased                                              PLAINTIFF

v.                                          Case No. 1:23-cv-1004

COLUMBIA COUNTY, ARKANSAS, *et al*.                                                    DEFENDANTS

## ORDER

Before the Court the parties' Joint Motion to Dismiss.[1]  ECF No. 65.  The parties assert that this matter has settled and seek dismissal of this action with prejudice.

An action may be dismissed by "a stipulation of dismissal signed by all parties who have appeared."  Fed. R. Civ. P. 41(a)(1)(A)(ii).  "Caselaw concerning stipulated dismissals under Rule 41(a)(1)(A)(ii) is clear that the entry of such a stipulation of dismissal is effective automatically and does not require judicial approval."  *Gardiner v. A.H. Robins Co.*, 747 F.2d 1180, 1189 (8th Cir. 1984).  Thus, all claims were effectively dismissed when the parties filed the instant stipulation.  However, this order issues for the purpose of maintaining the Court's docket.

This case is hereby **DISMISSED WITH PREJUDICE**.  If any party desires that the terms of any settlement be a part of the record therein, those terms should be reduced to writing and filed with the Court within thirty (30) days of the entry of this judgment.  The Court retains jurisdiction to vacate this order upon cause shown that any such settlement has not been completed and further litigation is necessary.

**IT IS SO ORDERED**, this 12th day of June, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge

---

[1] Though the parties label the instant filing as an "Order of Dismissal", the Court interprets it as a Motion to Dismiss or Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).